AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

Southern _____ DISTRICT OF Mississippi

UNITED STATES OF AMERICA
V.
Jerry D. SMITH
14934 Sugar Cup Court
Sugar Land, TX 77478

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:08mj124

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 8, 2008 in Pike County, in the Southern District of Mississippi defendant(s) did, (Track Statutory Language of Offense)

Unlawfully possessed with intent to distribute approximately 6.5 kilolgrams of cocaine HCL.

in violation of Title 21 United States Code, 841(a)(1)

I further state that I am a(n) Special Agent and that this complaint is based on the following
Official Title

facts: On March 8, 2008, approximately 6.5 kilograms of cocaine HCL and 20 grams of marijuana was seized from the vehicle belonging to and driven by Jerry D. Smith after a traffic stop conducted by Mississippi Highway Patrol Trooper Brian Magee for speeding and improper equipment. Upon making contact with SMITH, Trooper Magee detected the smell of marijuana emitting from the vehicle. Trooper Magee, who also has a drug detection canine, utilized the canine on the outside perimeter of SMITH'S vehicle and the canine gave a positive alert. SMITH also gave verbal consent to Trooper Magee for his vehicle to be searched. Agents from the McComb District Office of the Mississippi Bureau of Narcotics (MBN) arrived to assist Trooper Magee. For safety and to conduct a thorough search of the vehicle, SMITH and his vehicle were taken to the McComb District Office of MBN. During the search of SMITH'S vehicle, agents located approximately 6.5 kilograms of cocaine HCL and approximately 20 grams of marijuana that were contained in a hidden compartment located in the dashboard

Continued on the attached sheet and made a part  ☒ Yes  ☐ No

S/A Anita Y. Pope
Signature of Complainant

Sworn to before me, and subscribed in my presence,

March 31, 2008                          at Jackson, MS
Date                                     City and State

Linda R. Anderson, U.S. Magistrate
Name and Title of Judicial Officer       Signature of Judicial

# CONTINUATION...

....of the vehicle. Also recovered from the vehicle was two bottles of inositol which is used as a cutting agent in the distribution of a controlled substance, digital scales, bulk currency totaling $25,150.00, and jewelry appraised at more than $337,000.00. SMITH was issued two citations from Trooper Magee for the traffic violations and placed under arrest for the narcotics violation.