Jerry D. Smith
2401 Westridge St #2604
Houston, TX 77054

March 3, 2020

Honorable Judge David Bramlett:

My name is Jerry D. Smith, and I am writing in support of my application to request early termination of probation. I served several years in prison for a crime that I committed, and I am very remorseful for. Unfortunately, I cannot change what I have done in the past. However, I never stop thinking about the people whose lives I ruined with my actions. I feel remorse because I know that drug abuse is a very serious problem in our community, and I contributed to this problem. This is a guilt that I will have to live with for the rest of my life. At night I pray that the individuals that were impacted and their families have managed to rebuild their lives. I feel extreme sorrow for the pain I have caused. If I could go back in time and not commit the crime, I would do so.

Unfortunately, going back is not an option. I must move forward and I will do just that. When I entered the justice system, I had a grade school education and no interest in learning about anything or anyone else. With time, my outlook changed. While incarcerated, I learned more about the long-term effects of drug use and how putting these dangerous substances into the community can affect our communities for years to come. As I spent years behind bars, I realized that the lives of the people I impacted are beyond my own family and circle of friends. I decided to educate myself on this and that education opened my mind and helped me to confront the reality of the crime that I committed. After release from the prison system, I have continued to educate myself and have taken additional steps to better my life so that I can help others. I also have a support system in place and. I am confident that I will do a good job and be a productive member of the community.

I would like to thank you in advance for the review of this request. I look forward to your response and I am available to answer any questions or address any concerns that you may have regarding this request.


Thank you,

Jerry D. Smith

Exhibit A